PANISH SHEA & BOYLE LLP
KEVIN BOYLE, State Bar No. 192718
  boyle@psblaw.com
RAHUL RAVIPUDI, State Bar No. 204519
  ravipudi@psblaw.com
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California  90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

THE X-LAW GROUP, PC
FILIPPO MARCHINO, State BarNo. 256011
  filippo.marchino@xlawx.com
Damon Rogers, State Bar No. 263853
  damon.rogers@xlawx.com
633 W. 5th St., 26th Floor, Suite 2629
Los Angeles, CA  90071
Telephone:  213.223.2232
Facsimile:  213.226.4691

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANDRE BATUNGBACAL, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>POWER BALANCE LLC, a Delaware Limited Liability Company, TROY JOHN RODARMEL, an individual, JOSH RODARMEL, an individual, KEITH KATO, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | **NATIONWIDE CLASS ACTION**<br><br>Case No. SA CV11-00018 CJC (MLGx)<br><br>**PLAINTIFFS' EX PARTE APPLICATION FOR EMERGENCY RELIEF AND ORDER** |

/ / /

/ / /

/ / /

---

**PLAINTIFF'S EX PARTE MOTION FOR EMERGENCY RELIEF AND ORDER**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT,

Plaintiffs respectfully request that this Court enter an emergency Order prohibiting the defendants in this action, or any of their officers, directors, or board members, from, *inter alia*, transferring any assets of Power Balance LLC or acquired from Power Balance LLC.  Plaintiffs have reason to believe that there are measures currently being taken by Power Balance LLC and its officers and directors to transfer all assets out of Power Balance LLC and leave only a shell company holding all liabilities.  Plaintiffs have reason to believe that this process could be completed as early as tomorrow, Thursday, June 2, 2011.  Plaintiffs would also request, if necessary, an emergency hearing on this matter on Thursday June 2, 2011 or as soon as possible thereafter.

Class Counsel has very recently learned information that confirms that its fears are true.  Class counsel has reason to believe that the Chairman and CEO of Power Balance LLC has been terminated by the Board of Directors for attempting to fraudulently transfer assets and dissolve the company.  Class Counsel has reason to believe there is currently a substantial concern as to the control of the company and as to the complete dissipation of assets.

By way of further background, on April 25, 2011, at 1:30 p.m., this Court, the Honorable Cormac J. Carney presiding, heard Plaintiff's Motion for Preliminary Approval of Class Action Settlement.  On April 27, 2011, this Court issued an Order granting Plaintiff's Motion for Preliminary Approval, certified a settlement class, appointed Andre Batungbacal as the class representative, appointed Panish Shea & Boyle, LLP and the X-Law Group, P.C. as Class Counsel for purposes of carrying out the settlement, and Kurtzman Carson Consultants LLC as the claims

1 administrator and to provide notice consistent with the Court's approved notice plan.

2

3  Since that time, Class Counsel and Kurtzman Carson Consultants LLC have
4 diligently sought cooperation from the Power Balance Defendants to comply with
5 the Court approved Settlement Agreement and the notice plan.  To date, Power
6 Balance has not indicated that it will meet its obligations under the agreement and
7 notice plan.

8

9  Class Counsel sent a letter to counsel for the Power Balance Defendants on
10 May 17, 2011 expressing concern that the Power Balance Defendants would be
11 unable to meet its obligations under the Settlement Agreement.  This letter was
12 followed by an email.  While counsel for Power Balance responded on a number of
13 occasions in a prompt and professional manner, he was not able to substantively
14 refute the issues raised by the Class Counsel.

15

16  Class Counsel's concern is that the Power Balance Defendants are
17 transferring or assigning all of its assets out of the Power Balance LLC entity and
18 leaving only its liabilities, which includes its substantial obligations under the
19 Settlement Agreement.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1 | Defendant was made aware today, June 1, 2011 of plaintiffs intent to file for
2 | this ex parte relief and was served via email immediately on its completion.
3 | Defense counsel confirmed that he was available for hearing on June 2, 2011.

6 | DATED: June 1, 2011                    PANISH SHEA & BOYLE LLP

By:    /s/
Kevin R. Boyle
Attorneys for Plaintiff

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 11111 Santa Monica Boulevard, Suite 700, Los Angeles, California 90025.

On June 1, 2011, I served true copies of the following document(s) described as **PLAINTIFFS' EX PARTE APPLICATION FOR EMERGENCY RELIEF AND ORDER** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 1, 2011, at Los Angeles, California.

Monica Davis

PLAINTIFF'S EX PARTE MOTION FOR EMERGENCY RELIEF AND ORDER