PANISH SHEA & BOYLE LLP
KEVIN BOYLE, State Bar No. 192718
  *boyle@psblaw.com*
RAHUL RAVIPUDI, State Bar No. 204519
  *ravipudi@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

THE X-LAW GROUP, PC
FILIPPO MARCHINO, State BarNo. 256011
  *filippo.marchino@xlawx.com*
Damon Rogers, State Bar No. 263853
  *damon.rogers@xlawx.com*
633 W. 5th St., 26th Floor, Suite 2629
Los Angeles, CA 90071
Telephone: 213.223.2232
Facsimile: 213.226.4691

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ANDRE BATUNGBACAL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> POWER BALANCE LLC, a Delaware Limited Liability Company, TROY JOHN RODARMEL, an individual, JOSH RODARMEL, an individual, KEITH KATO, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | **NATIONWIDE CLASS ACTION** <br><br> Case No. SA CV11-00018 CJC (MLGx) <br><br> **JOINT REPORT TO COURT RE SETTLEMENT** |

Pursuant to the Court's Order, Andre Batungbacal, for himself, and on behalf of others similarly situated (collectively, "Plaintiff"), and Power Balance LLC

1

("Power Balance"), Josh Rodarmel, Troy John Rodarmel and Keith Kato ("Defendants") (collectively "the Parties"), hereby submit their Joint Report to inform the Court of the status of negotiations relating to their ability to reach a nationwide class action settlement agreement.

## 1.   **JOINT REPORT**

On June 20, 2011, this Court issued an Order vacating the class action settlement preliminarily approved on April 25, 2011.  (Dkt. No. 62.)  The Court ordered the Parties to conduct settlement discussions and sixty (60) days of discovery for the limited purpose of determining whether a settlement could be reached.  As explained in more detail below, the Parties are prepared to enter into a nationwide class action settlement agreement that is substantially similar to the previous nationwide class action settlement agreement executed by the Parties and approved by the Court on April 27, 2011.  (Dkt. Nos. 9, 37.)  Plaintiff expects to have all of the documentation and information necessary to complete the Motion for Preliminary Approval before the end of August 2011 and would then file his Motion for Preliminary Approval on or before September 8, 2011.

### A.   **Formal And Informal Discovery Conducted And to Be Completed Before August 2011**

Since completing the depositions of Power Balance President and Defendant, Keith Kato, and of Denny Barge, the Vice-President of Power Balance's supplier,

Contec Corporation, the Parties have conducted significant formal and informal discovery over the past sixty (60) days.  Of significance is Power Balance's verified production of all of its 2011 past and projected earnings and expenses data.  This data was produced by Power Balance with the intent of providing transparency as to its financial condition now and into the relevant future.

In addition, Power Balance is in the process of completing and producing to Plaintiff declarations from relevant board members and officers of Power Balance to explain the financial condition of the company and its ability to comply with the terms of the Settlement.  These declarations will be a part of Plaintiff's Motion for Preliminary Approval.

Also, in an effort to provide transparency as to its financial condition, Power Balance is arranging a conference between its Chief Financial Officer and Plaintiff's retained economist and financial expert, Andrew Safir, to answer any questions he may have after reviewing all of the formal responses and declarations.  To be clear, all of the data and information produced does not paint a bright or optimistic picture for Power Balance.  However, the information does confirm that Power Balance is in a better position today to meet the terms of the settlement than it may be in the future.

Finally, in order to submit a notice plan that will have an appropriate reach of class members, Power Balance is compiling the contact information (name, mailing address, and email address) to provide to the class action administrator and notice

provider.

**B.      The Parties Are Preparing To Enter Into A Substantially Similar Settlement Agreement**

Throughout the past sixty (60) days, counsel for the Parties have conducted good-faith and productive settlement discussions and the Parties are putting finishing touches on an agreeable nationwide class action settlement agreement which is substantially similar to the original agreement previously approved by the Court on April 27, 2011.  (Dkt. No. 37.)

One of the notable changes is a cap of two (2) claims by class members who have no proof of purchase and no Power Balance product to include with their claim.  This cap was agreed to for the purposes of preventing fraudulent claims. Power Balance provided evidence to the Court that there are millions of counterfeit Power Balance products sold in the United States.  Power Balance sought some sort of insulation from fraudulent claims made for claims made based upon counterfeit products.

The other notable change is to specifically identify Power Balance as the party responsible for timely paying the class action administrator and notice provider for the class action notice and administration fees.

The Parties expect to have the fully executed settlement agreement within days.

JOINT REPORT TO COURT RE: SETTLEMENT

2.    **CONCLUSION**

The Parties jointly request that the Court Order that the Power Balance Defendants produce to Plaintiff or the class action administrator all of the information and documents outstanding and identified in Section 1(A) *supra* before the end of August 2011 and Order that Plaintiff to file his Motion for Preliminary Approval on or before September 8, 2011.


DATED: August 18, 2011          Respectfully submitted,

                                PANISH SHEA & BOYLE LLP


                                By:  /s/Rahul Ravipudi
                                     Rahul Ravipudi
                                     Attorneys for Plaintiff


DATED: August 18, 2011          DORSEY & WHITNEY LLP


                                By:  /s/Sarah K. Shaholli
                                     Sarah K. Shaholli
                                     Attorneys for Defendants

## PROOF OF SERVICE

1

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

2

3    At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California.  My business address is 11111 Santa Monica Boulevard, Suite 700, Los Angeles,

4    California  90025.

5    On August 18, 2011, I served true copies of the following document(s) described as **JOINT REPORT TO COURT RE SETTLEMENT** on the interested

6    parties in this action as follows:

7    Steven D. Allison
     Sarah K. Maier Shaholli

8    Dorsey and Whitney
     38 Technology Drive, Suite 100

9    Irvine, CA  92618-3601
     Tel:  949.932.3600

10   Fax:  949.932.3601
     email: allison.steven@dorsey.com

11   Attorneys for Defendants

12    **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.

13   Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will

14   be served by mail or by other means permitted by the court rules.

15    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office

16   of a member of the bar of this Court at whose direction the service was made.

17    Executed on August 18, 2011, at Los Angeles, California.

18

19

20   Monica Davis

21

22

23

24

25

26

27

28

6