PANISH SHEA & BOYLE LLP
KEVIN BOYLE, State Bar No. 192718
  boyle@psblaw.com
RAHUL RAVIPUDI, State Bar No. 204519
  ravipudi@psblaw.com
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

THE X-LAW GROUP, PC
FILIPPO MARCHINO, State BarNo. 256011
  filippo.marchino@xlawx.com
Damon Rogers, State Bar No. 263853
  damon.rogers@xlawx.com
633 W. 5th St., 26th Floor, Suite 2629
Los Angeles, CA 90071
Telephone: 213.223.2232
Facsimile: 213.226.4691

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANDRE BATUNGBACAL, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>POWER BALANCE LLC, a Delaware Limited Liability Company, TROY JOHN RODARMEL, an individual, JOSH RODARMEL, an individual, KEITH KATO, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | **NATIONWIDE CLASS ACTION**<br><br>Case No. SA CV11-00018 CJC (MLGx)<br><br>**RENEWED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: October 24, 2011<br>Time: 1:30 p.m.<br>Dept: 9B |

///

---

NOTICE OF MOTION AND MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on October 24, 2010, at 1:30 p.m., or as soon thereafter as this mater may be heard, in the Courtroom of the Honorable Cormac J. Carney, (Courtroom 9b) United States District Court, Central District of California, Western Division, located at 411 West Fourth Street, Santa Ana, CA 9270, Plaintiff Andre Batungbacal ("Plaintiff") shall move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order

1. Preliminarily approving the proposed class action settlement;

2. Certifying the settlement class as defined for the purposes of implementing, approving and enforcing the proposed Settlement only, as: all Persons in the United States who purchased Power Balance products at any time between January 1, 2006 to end of the Claims Period. The Settlement Class does not include Persons who purchased the Power Balance Products for the purpose of resale, including but not limited to, wholesalers, distributors and retail stores;

3. Certifying Plaintiff Andre Batungbacal is certified as the representative of the Settlement Class;

4. Appointing the Law Firms of Panish, Shea, & Boyle and The X-Law Group P.C. as Class Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure;

5. Approving the form and method of giving notice to the Settlement Class of this action and the proposed settlement; and

6. Setting a hearing date for final approval of the settlement and class counsel's application for an award of attorneys' fees and reimbursement of litigation expenses.

/ / /

/ / /

/ / /

1 | This motion is based upon this Notice of Motion and Motion; Plaintiff's
2 | Memorandum of Points and Authorities; the Declaration of Rahul Ravipudi; the
3 | Declaration of Filippo Marchino, the Declaration of Andrew Safir; the Declaration
4 | of the Honorable John K. Trotter (Ret.); the Declaration of Andre Batungbacal; the
5 | Declaration of Dan Rosenthal, the records and files in this action; and such
6 | argument as may be presented at this hearing on this motion.

8 | DATED: September 22, 2011          PANISH SHEA & BOYLE LLP

By: /s/ Rahul Ravipudi
Rahul Ravipudi
Attorneys for Plaintiff