1  PANISH SHEA & BOYLE LLP
   KEVIN BOYLE, State Bar No. 192718
2       boyle@psblaw.com
   RAHUL RAVIPUDI, State Bar No. 204519
3       ravipudi@psblaw.com
   11111 Santa Monica Blvd., Ste. 700
4  Los Angeles, CA 90025
   Tel:   (310) 477-1700
5  Fax:   (310) 477-1699

6  THE X-LAW GOUP, PC
   FILIPPO MARCHINO, State Bar No. 256011
7       filippo.marchino@xlawx.com
   DAMON ROGERS, State Bar No. 263853
8       damon.rogers@xlawx.com
   633 W. 5th St., 26th Floor., Suite 2629
9  Los Angeles, CA 90071
   Tel:   (213) 223-2232
10 Fax:   (213) 226-4691

11 Attorneys for Plaintiff

12 DORSEY & WHITNEY LLP
   STEVEN D. ALLISON, State Bar No. 174491
13 SARAH K. SHAHOLLI, State Bar No. 254943
   600 Anton Blvd., Ste. 2000
14 Costa Mesa, CA 92626
   Tel: (714) 800-1400
15 Fax: (714) 800-1499

16 Attorneys for Defendants

17

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ANDRE BATUNGBACAL, an individual and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>POWER BALANCE LLC, a Delaware Limited Liability Company, TROY JOHN RODARMEL, an individual, JOSH RODARMEL, an individual, KEITH KATO, an individual, and, DOES 1-10, inclusive,<br><br>Defendants. | NATIONWIDE CLASS ACTION<br><br>Case No. SA CV11-00018 CJC (MLGx)<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL ROSENTHAL RE DEVELOPMENT OF THE NOTIFICATION PLAN** |

I, DANIEL ROSENTHAL declare pursuant to 28 U.S.C. § 1746, that I have personal knowledge of all matters set forth herein unless otherwise indicated, and would testify thereto if called as a witness in this matter.

1. I am the founder of Rosenthal & Company LLC ("Rosenthal"), a class action settlement administrator, and DANART Communications ("DANART"), an advertising agency that has specialized in planning and placement of legal notices in all types of media since 1986. Rosenthal and DANART are located at 75 Rowland Way, Suite 250, Novato, California. I am over 21 years of age and am not a party to this action.

2. In 2010, Rosenthal and DANART were acquired by Kurtzman Carson Consultants LLC ("KCC") of El Segundo, California. The Rosenthal name has been changed to Kurtzman Carson Consultants LLC ("KCC") and the DANART name has been changed to KCC Media Services.

3. I submit this supplemental declaration to provide the Court with an update of my declaration dated March 25, 2011 to describe the revised proposed Notification Plan for the Batungbacal, et al. v. Power Balance LLC, et al. settlement. A revised Notification Plan is required because new Power Balance sales data have recently become available that indicate a significantly lower number of Power Balance purchasers will be on the Direct Mail and Direct Email lists than was previously expected. This in turn requires a revised media plan with broader-reach of the target audience than the original media plan to make up for the lower reach of the Direct Mail and Email components of the Notification Plan, compared to the previous Notification Plan.

**Revised Notification Plan Summary:**

4. The detailed Notification and Administration Plan is attached hereto as Exhibit 1. The following provides a summary of the Plan and the resulting estimated reach of Power Balance purchasers.

5. In summary, the recommended Batungbacal v. Power Balance LLC Settlement Revised Notification Plan is a multi-faceted plan that includes:

    a. Direct Email of the Summary Notice to approximately 12.6% of Power Balance Purchasers and Direct Mail of the Summary Notice in postcard form to all Class

Members for whom a mailing address is available and whose email addresses are either not available or resulted in a returned undeliverable email. After accounting for the undeliverable postal mailing for which new addresses are not found through address searches, an estimated 13.5% of Class Members will be sent either the Direct Email Notice or the Direct Mail Notice. The previous plan anticipated 40% of Power Balance Purchasers would be reached through this Direct Mail and Email components.

    b. Direct Notification to Class Members who are Facebook friends of Power Balance via the Facebook direct message system, which will deliver approximately an estimated additional 14% of the Class Members;

    c. Publication of the Facebook Notice that will be posted on Power Balance's Facebook home page; and

    d. Publication of the Summary Notice in five publications (two insertions each in *Newsweek* and *People*, and one insertion each in *Sports Illustrated*, *National Geographic* and *Parade*.) which will reach approximately 61% of the Class Members.

Altogether, this Notification Plan will reach an estimated 71.8% of Power Balance purchasers in the United States an average of 2 times each.

**Additional Settlement and Class Member Support Elements:**

    6. **Web site Setup and Maintenance:** KCC will establish the settlement website to provide Class Members with a quick summary of the case and the important deadline dates, downloads of the Published Notice, the Long Form Notice, the Claim Form, and the Preliminary Approval Order and provide information about how to Request Exclusion from the Class or file Objections to the Settlement. The address of the Settlement Website will be www.pbsettlement.com. The Published Notice and Long Form Notice will also be published on Power Balance's website.

    7. **Telephone support:** KCC will set up a toll-free automated Interactive Voice Response (IVR) system through which Class Members can access settlement information via

1  menu-driven Q&A's and also request the Notice and Claim Form.

2      8. **Opt out tracking:** KCC will process all Requests for Exclusion, and provide copies to counsel and the Court.

4      9. **Declaration of Notice Procedures:** KCC will prepare a Declaration of Notice Procedures to report our compliance with all class notification procedures.

6      10. Based on my experience, I believe that this is the best Notification Plan practicable under the circumstances and that it comports with the requirements of Rule 23.

9  I declare under penalty of perjury that the foregoing is true and correct. Executed on the 22nd of September 2011 at Novato, California.

_____
Daniel Rosenthal

**KURTZMAN
CARSON
CONSULTANTS**

September 22, 2011

Steven D. Allison, Esq.
Sarah Shaholli, Esq.
Dorsey & Whitney LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA  92626

Re:   Batungbacal v. Power Balance LLC Settlement
      Class Action Notification Plan and Cost Estimate

Dear Steve and Sarah:

This letter and the accompanying spreadsheets provide you with the details and budget for the Batungbacal v. Power Balance LLC settlement Notification and Administration Plans. The attached spreadsheets provide a breakdown of the various cost elements, and show how the elements combined attain the target audience reach objectives that we will establish for this Notification Plan. The spreadsheets also provide the details of estimated costs for the claims processing and the distributions to approved claimants.

**NOTIFICATION PLAN**

**Background:**

The parties in this settlement have agreed to send the Summary Notice of Settlement to the class members. The purpose of this document is to describe the various methods that will be used to deliver the Notice, to document the value of each method in terms of how many class members it reaches, to document the overall reach of the Notification Plan, and to provide the estimated costs for each of the elements of the Plan.

The Media Plan portion of the Notification Plan was developed by KCC Media Services. KCC Media Services and its predecessor have been developing Notification Plans and placing notices in media since 1986. This group within our company is staffed by Media Planning and Legal Notification professionals who come to our company with extensive advertising agency experience in consumer products advertising and communications, as well as years of planning and implementing Notification Plans for class action settlements.

**Overall Guideline For Class Action Notice Plan Development:**

We believe that the same standards and rigors of analysis and process required of professionals in the consumer products marketing and advertising industries relating to the development of media plans should apply to the development of media plans for class action settlement notifications. This Notice Plan is in large measure a result of our more than 40 years of experience in media planning for both consumer products advertising and class action notices.

**Description of the Media Planning Process:**

Defining Some Media Planning Terms

We refer to some media planning terms in this Plan, and so we think it might be helpful to some readers if we provide the definitions of these terms before using them.

75 Rowland Way, Suite 250 Novato, California 94945   phone 415-798-5900   fax 415-892-7354

**Exhibit 1**

**Target Audience:** The Target Audience is defined as the people who we want to be exposed to the message we are delivering. In a class action notice plan, the Target Audience is generally comprised of the Class Members, and we will use both terms ("Target Audience" and "Class Members") interchangeably in this Plan.

**Reach:** "Reach" is the number of different individuals exposed to a media schedule within a given period of time." (Media Planning, A Practical Guide, Jim Surmanek, NTC Business Books, 1996.). Raw numbers can be misleading (i.e. results for a large target group may appear more successful than results for a small target group); therefore, Reach is usually presented as a percentage, that is, the <u>net unduplicated percentage of a target audience</u> that is exposed to a media vehicle or combination of media vehicles containing the notice at least once within a given period of time. The critical nature of Reach is that it factors out duplication, thereby presenting the total number of different (or "net") persons exposed to the message. Reach is recognized in the most notable and substantial published decisions as the method for critiquing notice programs in the legal notice field. Reach is also referenced throughout the Federal Judicial Center's checkpoint list to judges (*Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide 2010*, available at fjc.gov). Note that in all media planning, Reach is not a measurement of the people who actually read a message. It is an expression of the number of different people who are exposed to, or have the opportunity to see, the message.

**Circulation:** Circulation is the number of publication copies sold through all channels of distribution (e.g., subscription, newsstand, bulk). Circulation provides publication distribution information only. It does not measure the total net audience reached by one publication or the combination of a schedule of publications. Circulation is sometimes mistakenly used to compare how much Reach is delivered by a publication, but as described in the following section, a publication's audience, or the combined audiences of a schedule of publications, is what determines a Notice Plan's Reach.

**Audience:** Audience is the net number of different persons exposed to a media vehicle. It is generally larger than circulation because it includes the primary reader (generally the subscriber) as well as pass-along readers who may obtain the publication second-hand (e.g. a family member, neighbor, friend or at a reception room). In print advertising, "Audience" is the average number of readers per copy multiplied by the number of copies in circulation for a given publication; hence, it is often referred to as "readership."

## Media Planning Tools and Resources:

The resources we use to analyze media and determine the Reach of the Plan are the same resources used by media planning professionals to guide the billions of dollars of advertising that we, as consumers, see every day. The two respected media planning sources that were used to calculate Reach in the Power Balance Notice Plan are:

- GfK Mediamark Research & Intelligence, LLC ("MRI"): MRI it the leading producer of media and consumer research in the U.S. In fact, MRI's Survey of the American Consumer™ is the industry standard for magazine audience ratings and is used in the majority of media and marketing plans in the country. MRI is a nationally accredited research firm that provides consumer demographics, product and brand usage, and audience/exposure in all forms of advertising media. Established in 1979, MRI measures the usage of nearly 6,000 product and service brands across 550 categories, along with the readership of hundreds of magazines and newspapers, internet usage, television viewership, national and local radio listening, yellow page usage, and out-of-home exposure.

Batungbacal v. Power Balance Notification and Administration Plan
September 22, 2011
Page 3

- **Telmar Software**: Telmar is the world-leading supplier of computer based advertising media information services. Its software provides for survey analysis, data integration, media planning and optimization. With over 5,000 users in 85 countries, Telmar's clients include many of the world's leading advertising agencies, publishers, broadcasters and advertisers.

## Defining the Target Audience in this Proposed Settlement:

The class members in the proposed settlement are people in the United States who have purchased one or more Power Balance products. We understand from Power Balance data as analyzed by Dr. Safir that there were approximately 1.75 million Power Balance products sold in the United States during the class period. We understand that each purchaser bought approximately 1.8 products, and thus there are approximately 974,000 Power Balance Purchasers in the United States.

### Settlement Class Definition

The Settlement Agreement defines the Settlement Class as: All Persons in the United States who purchased Power Balance Products during the Class Period, not including Persons who purchased the Power Balance Products for the purpose of resale.

### Demographic Target

Although an important part of the Plan will be to send the Summary Notice directly to those Class Members whose names and addresses are known, there are many Class Members who are not known and therefore must be reached by use of one or more media elements. To reach these Class Members, we will use some form of media. As a first step in planning which media to use, we must define the Class Members in terms that have been measured by the research services that quantify product usage and media consumption. As stated above, for this Plan we have used Gfk MRI ("MRI") to provide the product and media usage information required to develop the media plan portion of the Notification Plan.

One common trait of the Class Members is that they have all purchased a relatively low priced sports equipment item. MRI defines these people as those who "Own other low ticket sports/recreation equipment (e.g., Not baseball gloves, basketballs, bicycle helmets, etc.)." We have used this category, or grouping, of people to measure alternative media choices to help guide us in determining which would be the best media vehicles to reach Class Members through the use of media.

### Geographic Target

The Class Members reside throughout the United States, and so the Geographic Target of our Plan is to deliver media nationally.

## Class Member Reach Objective:

In its *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide, 2010*, the Federal Judicial Center states that it is reasonable for class action notification programs to reach 70% to 95% of the class. In our experience, and in the experience of the other major class action notice providers, there are some types of class action cases for which a reach objective at the higher end of this range is more appropriate (such as in cases that significantly affect the health or livelihood of the class members) and because the cost of a Notification Plan rises exponentially with each incremental percentage point of reach, there are other cases for which a reach objective at the lower end of this range is more appropriate (such as in cases that are not so profoundly important to the class members). We recommend that the reach objective of this Notification Plan be set at 70%.

## Elements of the Notification Plan – How we will achieve the Reach Objective:

The Class Member List

Power Balance, through its records of website sales has provided us with the email addresses of approximately 123,000 Class Members and a postal mailing list of the names and addresses of approximately 134,000 Class Members. It is our understanding and we will confirm that all the Class Members on the email list are included among the Class Members on the postal mailing list. This Class Member data will be used to contact the class members through an emailing of the Summary Notice and postal mailing of the Summary Notice in postcard format.

Email Notice

The Summary Notice will be sent to the identified Class Members via their email accounts. When conducting the emailing, we will employ proven methods that help reduce the chances of the emails being blocked by service providers. We will also recommend a subject line that will help increase the probability that the email is opened by each Class Member recipient. We will track all returned/undelivered emails, and have estimated that 20% of the emails will be returned undelivered, often referred to as "bounce-backs." The actual percentage of bounce-backs could be a lower or higher percent of the emails sent.

Direct Mail Notice

The Direct Mail portion of the Plan will consist of the Summary Notice that is formatted to a 4 ¼" x 6" postcard. The Summary Notice will be mailed to all Class Members whose Email Notice was returned as undeliverable, plus all Class Members for whom an email address is not available. Prior to mailing, we will update the names and addresses in the postal mailing list using the NCOA address update service provided by the U.S. Postal Service. We will conduct address searches using LexisNexis databases for all postcards that are returned undelivered by the U.S. Postal Service.

After accounting for a typical percentage of the postal mail that is not deliverable and for which address searches do not find new addresses, we estimate that the Direct Email Notice and Direct Postal Mail Notice combined will reach approximately 13.5% of Power Balance product owners.

Facebook Notice

Power Balance operates a Facebook page, and a short "Facebook Notice" will be placed on the Power Balance Facebook home page. This Facebook Notice will also be sent by the direct Facebook message service to each of the approximate 178,000 Power Balance Facebook friends. We estimate that the Facebook Notice will generate an incremental 14.2% reach of Power Balance product owners.

## Media Plan Reach Objective:

We estimate that the Email Notice, Mailed Notice and Facebook Notice combined will generate a total target audience reach of approximately 27.8%. To achieve a Total Notice Plan Reach of 70%, the Media Plan reach must reach a minimum of approximately 59%. However, we believe that the Total Notice Plan reach should exceed 70% just in case one or more of the Notice Plan elements under-deliver, and so we have set the Media Plan reach objective at 60% to 61%.

## The Media Plan:

Through the use of the MRI research described above, we have developed a media plan that is targeted to owners of low ticket sports/recreation equipment. With one insertion each in *Parade, Sports Illustrated* and *National Geographic*, and two insertions each in *Newsweek* and *People Magazine*, the media plan will generate an estimated 60.9% reach of the target audience.

### Combined Reach Delivery of the Notice Plan:

The combination of Direct Mail, Email, Facebook Notice and Media will generate an estimated 71.8% reach of the Power Balance product owners, an average of 2.03 times each. See page 3 of the attached spreadsheet for the details of how this reach level is achieved. We will closely monitor the reach delivered by the Notice Plan, and if necessary will augment the plan with additional notice elements to ensure the achievement of at least 70% reach of the Power Balance Purchasers target audience.

### Other Class Member Support Elements:

In addition to the Postal Mailed Notice, Emailed Notice, Facebook Notice and media campaigns, the Notification Plan will be supported by the Settlement Website, the Power Balance Website and an Automated Telephone Support line.

#### The Settlement and Power Balance Web Sites

We will establish the settlement web site that provides the visitors with the a quick summary of the case and the important deadline dates, downloads of the Long Form Notice, the Claim Form and selected court documents, and FAQs about the settlement.

The Published Notice and Long Form Notice will also be published on Power Balance's website.

#### Automated Telephone Support

We will set up a toll-free automated Interactive Voice Response (IVR) system through which Class Members can access settlement information via menu-driven Q&A's and also request the Notice and Claim Form. We constantly monitor the data generated by this telephone support system, and fulfill Notice/Claim Form requests on a weekly basis.

#### Opt Out Processing & Declaration of Notice Procedures

We will process all Requests for Exclusion, and provide copies to counsel and the Court. We will prepare a Declaration of Notice Procedures to report our compliance with all class notification procedures.

### Notice Plan Budget:

The total estimated cost of this Notification Plan is approximately $468,500, and will vary based on the actual numbers of emails and postal mail notices sent, among other factors. Where unit prices are quoted we will bill for the number of units required by the execution of the Plan. Staff hours will be billed at the blended rate of $75 per hour.

## CLAIMS ADMINISTRATION PLAN

### Claims Processing:

We have estimated the cost for processing claims based on a number of claims filed ranging from 1% to 5% to 10% of the number of direct mail notices being mailed.

We have established a unique system for processing the claims and returned Power Balance products in such a way as to make the products and proofs of purchase easily accessible for audit by Power Balance staff members.

We will ensure that all settlement agreement provisions have been satisfied and approve or deny individual claims in accord with the settlement agreement.

### Distribution:

We will obtain a Taxpayer ID number for the settlement fund and open the settlement fund bank account. We will make distributions to the class members on a rolling basis, as well as to attorneys and named plaintiffs, as applicable, in accordance with the terms of the settlement agreement. Our disbursement services include:
- An 8 ½" x 11" sheet with the check printed on safety paper at the bottom one-third, and a transmittal letter in the top two-thirds;
- Through the bank's Positive Pay system, we will regularly monitor the account for potential fraud;
- Daily updates of the check register to respond to claimant requests for misplaced checks and daily account reconciliation;
- Processing stop payment/re-issue requests, tracking and re-mailing undeliverable checks; and

### Tax Reporting:

We will pay all required taxes from the settlement fund and work with a CPA firm to file all necessary tax returns.

### Administration Plan Budget and Invoicing:

We have estimated the Claims Processing and Distribution costs will be approximately $51,000, $101,000 and $160,400 for the 1%, 5% and 10% claims filing rates, respectively. The estimated total Notice and Administration costs combined for these same levels of claims filed will range from approximately $520,000 to $570,000 to $629,000, respectively.

We will issue a Request for Advance for the media, estimated initial mailing postage and emailing prior to commitments to the various vendors, and payment of the Advance must be received before we will commit to these vendors. We will true-up the actual costs with the advance in a later invoice. Subsequent billing will occur and be payable on a monthly basis.



**Class Action Administration Services Estimate**
**Batungbacal v. Power Balance**
*Notice Plan Using 61% Reach Media Plan and Discounted Media Costs*
September 22, 2011
Dan Rosenthal; DRosenthal@kccllc.com; 415.798.5901

### Key Assumptions Used in Estimate Preparation

| | |
|---|---|
| Size of Class: | 973,800 class members |
| # of Class Members with Postal Mail Addresses: | 134,125 class members |
| # of Class Members with Email Addresses: | 123,021 class members |
| Estimated Email Bounce-backs: | 24,604  20% |
| Net Emails Delivered: | 98,417 |
| Net Postal Mail/Non-Email Records: | 35,708 |
| Case Duration: | 18 months |
| Finalized Data File Provided: | Yes |
| CAFA Notice Required? | Yes |
| Address Searches: | Yes |
| Publication Required: | Yes |
| English Only: | Yes |
| Email Service: | Yes |
| Reminder Mailing: | No |
| % of returned notices to be forwarded: | 1% |
| % of returned undeliverable notices: | 13% |
| % of successful address searches: | 50% |
| Type of Telephone Support: | Automated |
| % of directly-noticed class that will call: | 3% |
| % of callers that will request a Notice Packet: | 2% |
| Duration of Telephone Support: | 18 months |
| Type of Website Support: | Dynamic |
| Online Claims Filing: | No |
| Duration of Website Support: | 18 months |

### SUMMARY OF COSTS

| | |
|---|---|
| Notice Plan Estimated Reach: | 71.8% |
| Est. Published Notice Plan Cost: | $412,895 |
| Est. Cost of Remainder of Notice Plan: | 55,613 |
| **Total Estimated Cost of Notice Plan:** | **$468,508** |

**Payment Required Prior to Media & Vendor Commitment/Purchases**

| | |
|---|---|
| Media | $412,895 |
| Initial Mailing Postage | 8,927 |
| Emailing | 4,505 |
| **Funds Due Before Media & Mailing Commitments:** | **$426,327** |

| NOTICE PLAN | RESPONSE RATE | QUANTITY | RATE PER UNIT | ESTIMATED COST | TOTAL |
|---|---|---|---|---|---|
| **Data and Forms Setup** | | | | | |
| - Translate Data, Set up Claims Management System, Format Documents | | 70 hrs | $75.00 | $5,250 | |
| - NCOA Updates (2 times) | | 165,000 units | | 739 | |
| Sub-total Data and Forms Setup | | | | | $5,989 |
| **CAFA Mailing** | | | | | |
| - CAFA Mailing to State Attorneys General and US Attorney General | | 2 time(s) | $850.00 | $1,700 | |
| Sub-total CAFA Mailing | | | | | 1,700 |
| **Email Notices** | | | | | |
| - Email Notices Delivered | | 123,021 units | | $4,505 | |
| - Email Campaign Management | | 25 hrs | $75.00 | 1,875 | |
| - Track/Manage Bouncebacks | | 10 hrs | $75.00 | 750 | |
| - Facebook Direct Messages (Coordinate; Defendant works with Facebook) | | 20 hrs | $75.00 | 1,500 | |
| Sub-total of Email Notices | | | | | 8,630 |
| **Print/Mail Mailed Notice Postcard** | | | | | |
| - Single Postcard (4 1/4" x 6") | | 35,708 units | $0.120 | $4,285 | |
| - Estimated First Class Postcard Postage | | 35,708 units | $0.25 | 8,927 | |
| - Print Production Management | | 25 hrs | $75.00 | 1,875 | |
| - Forwarding of Returned Mail with USPS Forwarding Addresses | 1% | 357 units | $0.25 | 89 | |
| - Estimated First Class Postage | | 357 units | $0.27 | 96 | |
| - Data Entry for Remails to New Addresses | | 357 units | $0.50 | 179 | |
| - Returned Undeliverable Mail | 13% | 4,642 units | | | |
| - Handling of Returned Undeliverable Mail | | 7 hrs | $75.00 | 525 | |
| Sub-total Print/Mail Mailed Notice Postcard | | | | | 15,976 |
| **Address Searches/Remails** | | | | | |
| - Number of Address Searches Performed | | 4,642 units | $0.50 | $2,321 | |
| - Number of New Addresses Found | 50% | 2,321 units | | | |
| - Remails to Found Addresses | | 2,321 units | $0.510 | 1,184 | |
| - Estimated First Class Postcard Postage | | 2,321 units | $0.280 | 650 | |
| - Staff Time | | 4 hrs | $75.00 | 300 | |
| Sub-total Address Searches/Remails | | | | | 4,455 |
| **Oversite and Review of Power Balance Notice Activities** | | 25 hrs | $75.00 | 1,875 | |
| Sub-total Oversite and Review | | | | | 1,875 |
| **Published Notice Plan** | | | | | |
| - See attached "Power Balance Settlement Notice Plan Details" | | | | $412,895 | |
| Sub-total Published Notice Plan | | | | | 412,895 |
| **Website Set-up & Maintenance** | | | | | |
| - Design & Set up Site Staff Time | | 60 hrs | $75.00 | $4,500 | |
| - Domain Registration (5 yrs/Privacy Registration) | | | | 175 | |
| - Maintenance | | 18 hrs | $75.00 | 1,350 | |
| - Server Space rental | | 18 mos | $50.00 | 900 | |
| Sub-total Website Set-up & Maintenance | | | | | 6,925 |



**Class Action Administration Services Estimate**
**Batungbacal v. Power Balance**
*Notice Plan Using 61% Reach Media Plan and Discounted Media Costs*
September 22, 2011
Dan Rosenthal; DRosenthal@kccllc.com; 415.798.5901

| | | | | |
|---|---|---|---|---|
| **Call Center Support** | | | | |
| - Toll Free Phone Line & System Setup Vendor Costs | | | | $2,000 |
| - Monthly Vendor Maintenance Fees | | 18 mos | $50.00 | 900 |
| - Staff Time Design, Draft, Manage Vendor | | 35 hrs | $75.00 | 2,625 |
| - Projected # of calls (% of class and count) | 3% | 4,024 calls | | |
| - Average Call Duration (minutes) | | 3 mins | | |
| - Line Charges (cost per minute) | | 12,072 mins | $0.15 /min | 1,811 |
| - Notice Packet Requests (4 pg Notice, 1 pg CF, Ret. Env.) | 2% | 80 units | | |
|    - Fulfill Notice Packet Requests | | 80 units | $2.50 | 201 |
|    - Estimated First Class Postage | | 80 units | $0.44 | 35 |
|    - Print Production Management | | 5 hrs | $75.00 | 375 |
| - Transcriptions | | 80 units | $0.50 | 40 |
| - Staff Time downloading data (hrs) | | 8 hrs | $75.00 | 600 |
| **Sub-total Call Center Support** | | | | **8,588** |
| **Opt Out Processing and Declaration of Notice Procedures** | | | | |
| - Opt Out Processing | | 100 units | $3.50 | $350 |
| - Declaration of Notice Procedures | | 15 hrs | $75.00 | 1,125 |
| **Sub-total Opt Out Processing and Declaration of Notice Procedures** | | | | **1,475** |
| **NOTICE PLAN TOTAL ESTIMATED COSTS** | | | | **$468,508** |

Kurtzman Carson Consultants LLC
Power Balance Settlement Notice Plan
9/22/2011

### Notice Plan Summary

#### Source of PB Sales
US Sales (Units) (per Dr. Safir) — 1,752,808

|  | Purchasers | |
|---|---:|---:|
|  | # | % |
| **Target Audience** (Power Balance Purchasers in US) (1.8 units per Puchaser per Safir) | 973,782 | 100.0% |

#### Direct Emailed and Mailed Notice
| | | | |
|---|---:|---:|---:|
| Email Addresses of Web Purchasers from PB (Source: PB Purchasers EMailing List) | | 123,021 | 12.6% |
| Projected Bounce-backs | 20.0% | (24,604) | |
| Net Delivered Emails | | 98,417 | 10.1% |
| Mailnig Addresses of Web Purchasers from PB (Source: PB Purchasers Mailing List) | | 134,125 | |
| Net Mailing List Less Duplicate Purchasers | | 35,708 | |
| Estimated % Undeliverable Mailed Notices (typical %) | 13.0% | (4,642) | |
| % New Addresses found through skip-tracing (typical %) | 50.0% | (2,321) | |
| Net known bad addresses | | (2,321) | |
| Net Mailed Notices delivered | | 33,387 | 3.4% |
| Net Total Email + Postal Mail Notices Delivered | | 131,804 | 13.5% |

#### Facebook Notice
Calculate Purchasers among Face Book Friends
| | | | |
|---|---:|---:|---:|
| Total Facebook PB Friends (assume Primarily U.S.) | | 178,545 | |
| Assumed % and Count of Friends who are also purchasers | 90.0% | 160,691 | |
| Less: US Friends Who Purchased from PB Website | | (22,133) | |
| Net Additional PB Purchasers who are US PB Facebook Friends | | 138,558 | 14.2% |
| Sub Total PB US Purchasers Reached by Direct Notice + Facebook | | 171,945 | 27.8% |

| | | |
|---|---:|---:|
| **Published Notice Plan Estimated Reach (Net)** | 593,131 | 60.9% |
| **Estimated Notice Plan Net Reach** | 698,800 | 71.8% |
| **Estimated Notice Plan Gross Impressions** | 1,419,443 | |
| **Estimated Average Frequency** | 2.03 | |

#### Media Target Audience Definition *
Own "other" low ticket sports/recreation equipment
(i.e., NOT baseball gloves, basketballs, bicycle helmets, bows, bowling balls, etc.)

*Source: Gfk MRI Doublebase 2010

#### Published Notice Plan Details

| Publication | # Insertions | Space |
|---|---:|---|
| National Geographic | 1 | 1/2 Pg |
| Newsweek | 2 | 1/3 Pg |
| People Magazine | 2 | 1/3 Pg |
| Sports Illustrated | 1 | 1/3 Pg |
| Parade | 1 | 3/10 Pg |
| Total Insertions | 7 | |
| Reach | 60.9% | |
| Avg. Freq. | 1.9 | |
| Est. Cost (Gross) | $485,759 | |
| Est. Cost (Net) | $412,895 | |

#### Deadlines/Lead Times
Estimated Preliminary Approval Date: 10/20/2011

| | | 1st Insertion | | | | 2bd Insertion | | | |
|---|---|---|---|---|---|---|---|---|---|
| Publications | Pub Freq. | Commit Date | Issue Date | On-Sale Date | Elapsed Days** | Commit Date | Issue Date | On-Sale Date | Elapsed Days** |
| National Geographic | Monthly | 11/1/2011 | January | 12/28/2011 | 69 | | | | |
| Newsweek | Wkly | 11/14/2011 | 12/12/2011 | 12/5/2011 | 46 | 11/21/2011 | 12/19/2011 | 12/12/2011 | 53 |
| People Magazine | Wkly | 11/14/2011 | 12/19/2011 | 12/9/2011 | 50 | 11/21/2011 | 12/26/2011 | 12/16/2011 | 57 |
| Sports Illustrated | Wkly | 11/14/2011 | 12/19/2011 | 12/14/2011 | 55 | | | | |
| Parade | Wkly | 11/7/2011 | 12/4/2011 | 12/4/2011 | 45 | | | | |

** Elapsed Days: From Est. Prelim. Apprvl Date to On-sale Date

#### Publication Notice Sizes

| Publications | Space | Dimensions |
|---|---|---|
| National Geographic | 1/2 page | 2 3/4"w x 9"h |
| Newsweek | 1/3 page | 2"w x 10"h |
| People Magazine | 1/3 page | 2.1"w x 10"h |
| Sports Illustrated | 1/3 page | 2"w x 10"h |
| Parade | 3/10 page | 2.5"w x 9.5"h |



**KURTZMAN CARSON CONSULTANTS**

*Class Action Administration Services Estimate*
*Batungbacal v. Power Balance*
*Claims Administration Plan*
September 22, 2011
Dan Rosenthal; DRosenthal@kccllc.com; 415.798.5901

### Key Assumptions Used in Estimate Preparation

| | |
|---|---|
| Size of Class: | 973,782 |
| # of Class Members to be Notified by Email & Postcards: | 134,125 |
| Duration of Claims Filing Period: | 18 weeks |
| % of directly-noticed class members that will file a claim: | 1% to 10% |
| % of deficient claims: | 20 % |
| % of denied claims: | 10 % |

### SUMMARY OF ADMINISTRATION + NOTICE COSTS

| | | | |
|---|---|---|---|
| Claims Filing Rate: | 1% | 5% | 10% |
| # of Claims Filed: | 1,341 | 6,706 | 13,413 |
| Claims Administration | $31,985 | $74,090 | $122,739 |
| Disbursements & Tax Reporting | 18,663 | 27,169 | 37,711 |
| **Total Estimated Administration Costs** | **$50,648** | **$101,259** | **$160,450** |
| | | | |
| Total Estimated Notice Plan Cost | 468,508 | 468,508 | 468,508 |
| **Total Notice + Administration** | **$519,156** | **$569,767** | **$628,957** |
| | | | |
| Payment required prior to Media and Vendor Commitments (see Pg 1): | | | $426,327 |

Subsequent Invoices will be sent monthly. Payments will be due within 30 days of the invoice date.

### CLAIMS ADMINISTRATION

| | | 1% Filing Rate | | | | 5% Filing Rate | | | | 10% Filing Rate | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | % | Quantity | Rate | Total | % | Quantity | Rate | Total | % | Quantity | Rate | Total |
| Data Systems Setup | | 50 hrs | $75.00 | $3,750 | | 50 hrs | $75.00 | $3,750 | | 50 hrs | $75.00 | $3,750 |
| Estimated # of Claims | | 1,341 claims | | | | 6,706 claims | | | | 13,413 claims | | |
| - Claim Nos. 1 to 1,000 | | 1,000 claims | $8.00 | $8,000 | | 1,000 claims | $8.00 | $8,000 | | 1,000 claims | $8.00 | $8,000 |
| - Claim Nos. 1,001 to 5,000 | | 341 claims | $5.50 | 1,876 | | 4,000 claims | $5.50 | 22,000 | | 4,000 claims | $5.50 | 22,000 |
| - Claim Nos. 5,001 to 10,000 | | 0 claims | $5.00 | 0 | | 1,706 claims | $5.00 | 8,530 | | 5,000 claims | $5.00 | 25,000 |
| - Claim Nos. 10,001 and above | | 0 claims | $4.50 | 0 | | 0 claims | $4.50 | 0 | | 3,413 claims | $4.50 | 15,359 |
| Deficient Claims | 20% | 268 units | | | 20% | 1,341 units | | | 20% | 2,683 units | | |
| - Print/Mail Deficiency Letters | | 268 units | $1.25 | 335 | | 1,341 units | $1.25 | 1,676 | | 2,683 units | $1.25 | 3,354 |
| - Estimated First Class Postage | | 268 units | $0.44 | 118 | | 1,341 units | $0.44 | 590 | | 2,683 units | $0.44 | 1,181 |
| - Process Deficiency Responses | | 268 units | $10.00 | 2,680 | | 1,341 units | $10.00 | 13,410 | | 2,683 units | $10.00 | 26,830 |
| Bi-Weekly Reports of Claims Received | | 20 hrs | $75.00 | 1,500 | | 20 hrs | $75.00 | 1,500 | | 20 hrs | $75.00 | 1,500 |
| Weekly Inspections by Power Balance | | | | | | | | | | | | |
| - 8 hrs/day x 1 day/week x 20 weeks | | 160 hrs | $75.00 | 12,000 | | 160 hrs | $75.00 | 12,000 | | 160 hrs | $75.00 | 12,000 |
| Denied Claims | 10% | 134 units | | | 10% | 671 units | | | 10% | 1,341 units | | |
| - Print/Mail Denied Claim Letters | | 134 units | $1.25 | 168 | | 671 units | $1.25 | 839 | | 1,341 units | $1.25 | 1,676 |
| - Estimated First Class Postage | | 134 units | $0.44 | 59 | | 671 units | $0.44 | 295 | | 1,341 units | $0.44 | 590 |
| Bi-Weekly Claim Status Reports | | 20 hrs | $75.00 | $1,500 | | 20 hrs | $75.00 | $1,500 | | 20 hrs | $75.00 | $1,500 |
| **SUB-TOTAL CLAIMS ADMINISTRATION** | | | | **$31,985** | | | | **$74,090** | | | | **$122,739** |

### DISBURSEMENTS & TAX REPORTING

| | | 1% Filing Rate | | | | 5% Filing Rate | | | | 10% Filing Rate | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | % | Quantity | Rate | Total | % | Quantity | Rate | Total | % | Quantity | Rate | Total |
| # of Approved Claims for Distribution | | 1,207 claims | | | | 6,035 claims | | | | 12,072 claims | | |
| Funds Management, Obtain Tax ID | | 20 hrs | $75.00 | $1,500 | | 20 hrs | $75.00 | $1,500 | | 20 hrs | $75.00 | $1,500 |
| Distribution Calculations & Prep | | | | | | | | | | | | |
| Assume 1 Distribution/Month x 6 Months | | | | | | | | | | | | |
| - 1st Distribution | | 25 hrs | $75.00 | 1,875 | | 25 hrs | $75.00 | 1,875 | | 25 hrs | $75.00 | 1,875 |
| - 2nd Distribution | | 25 hrs | $75.00 | 1,875 | | 25 hrs | $75.00 | 1,875 | | 25 hrs | $75.00 | 1,875 |
| - 3rd Distribution | | 25 hrs | $75.00 | 1,875 | | 25 hrs | $75.00 | 1,875 | | 25 hrs | $75.00 | 1,875 |
| - 4th Distribution | | 25 hrs | $75.00 | 1,875 | | 25 hrs | $75.00 | 1,875 | | 25 hrs | $75.00 | 1,875 |
| - 5th Distribution | | 25 hrs | $75.00 | 1,875 | | 25 hrs | $75.00 | 1,875 | | 25 hrs | $75.00 | 1,875 |
| - 6th Distribution | | 25 hrs | $75.00 | 1,875 | | 25 hrs | $75.00 | 1,875 | | 25 hrs | $75.00 | 1,875 |
| Distribution - Checks Issued | | 1,207 cks | $1.25 | 1,509 | | 6,035 cks | $1.25 | 7,544 | | 12,072 cks | $1.25 | 15,090 |
| - Estimated First Class Postage | | 1,207 cks | $0.38 | 459 | | 6,035 cks | $0.38 | 2,293 | | 12,072 cks | $0.38 | 4,587 |
| Reissue Checks | 1% | 13 cks | $5.00 | 65 | 1% | 61 cks | $5.00 | 305 | 1% | 121 cks | $5.00 | 605 |
| - Estimated First Class Postage | | 13 cks | $0.44 | 6 | | 61 cks | $0.44 | 27 | | 121 cks | $0.44 | 53 |
| Post-Distribution Follow-up & Reports | | 25 hrs | $75.00 | 1,875 | | 30 hrs | $75.00 | 2,250 | | 35 hrs | $75.00 | 2,625 |
| Settlement Fund Tax Returns (annual) | | 2 yrs | $1,000.00 | 2,000 | | 2 yrs | $1,000.00 | 2,000 | | 2 yrs | $1,000.00 | 2,000 |
| **SUB-TOTAL DISBURSEMENTS & TAX REPORTING** | | | | **$18,663** | | | | **$27,169** | | | | **$37,711** |
| **TOTAL ESTIMATED CLAIMS PROCESSING AND DISBURSEMENT** | | | | **$50,648** | | | | **$101,259** | | | | **$160,450** |

All services are subject to the terms, specifications, assumptions and conditions set forth in this Class Action Administration Services Estimate, the attached Cost Summary & Scope of Services, and the attached Terms and Conditions (collectively, the "Terms of Service"). By signing below, the undersigned acknowledges and agrees that it has read and understood the Terms of Service, which are incorporated by reference as if fully set forth herein, and agrees to be bound thereby.

KCC Class Action Services, LLC

BY: (Signature) _____   DATE: _____   Printed Name _____   TITLE: _____
The Client:

For Power Balance LLC (Signature) _____   Printed Name _____   TITLE: _____

## TERMS AND CONDITIONS

All services to be provided to Power Balance LLC, Troy John Rodarmel, Josh Rodarmel and Keith Kato (collectively and individually "Client") by KCC Class Action Services, LLC (together with its affiliates, "KCC") are subject to the following Terms and Conditions:

1. **SERVICES.** KCC agrees to provide Client with the services set forth in the Proposal attached hereto (the "Services"). Client acknowledges and agrees that KCC will often take direction from Client's representatives, employees, agents and/or professionals (collectively, the "Client Parties") with respect to the Services. The parties agree that KCC may rely upon, and Client agrees to be bound by, any requests, advice or information provided by the Client Parties to the same extent as if such requests, advice or information were provided by Client. Client agrees and understands that KCC shall not provide Client or any other party with any legal advice.

2. **PRICES, CHARGES AND PAYMENT.** KCC agrees to charge and Client agrees to pay, subject to the terms herein, KCC for its fees and expenses as set forth in the Proposal. Client acknowledges that any estimate in the Proposal is based on information provided by Client to KCC and actual fees and expenses may vary depending on the circumstances and length of the case. KCC's prices are inclusive of commission and other charges and are generally adjusted periodically to reflect changes in the business and economic environment. KCC reserves the right to reasonably increase its prices, charges and rates annually. If any price increases exceed 10%, KCC will give thirty (30) days written notice to Client. Client agrees to pay the reasonable out of pocket expenses incurred by KCC in connection with Services, including, but not limited to, transportation, lodging, meals. KCC agrees to submit its invoices to Client and Client agrees that the amount invoiced is due and payable upon receipt.

3. **FURTHER ASSURANCES.** Client agrees that it will use its best efforts to include provisions reasonably acceptable to KCC in any relevant court order, settlement agreement or similar document that provide for the payment of KCC's fees and expenses hereunder.

4. **RIGHTS OF OWNERSHIP.** The parties understand that the software programs and other materials furnished by KCC to Client and/or developed during the course of the performance of Services are the sole property of KCC. The term "program" shall include, without limitation, data processing programs, specifications, applications, routines, and documentation. Client agrees not to copy or permit others to copy the source code from the support software or any other programs or materials furnished to Client. Fees and expenses paid by Client do not vest in Client any rights in such property, it being understood that such property is only being made available for Client's use during and in connection with the Services provided by KCC.

5. **CONFIDENTIALITY.** Each of KCC and Client, on behalf of themselves and their respective employees, agents, professionals and representatives, agrees to keep confidential all non-public records, systems, procedures, software and other information received from the other party in connection with the Services; provided, however, that if either party reasonably believes that it is required to produce any such information by order of any governmental agency or other regulatory body it may, upon not less than five (5) business days' written notice to the other party, release the required information. These provisions shall survive termination of Services.

6. **BANK ACCOUNTS.** At Client's request, KCC shall be authorized to establish accounts with financial institutions as agent for Client or as otherwise agreed by the parties. All Client accounts established by KCC shall be deposit accounts of commercial banks with capital exceeding $1 billion and a S&P rating of "A" or higher. In some cases, KCC may derive financial benefits from financial institutions resulting from settlement funds and other moneys on deposit or invested with them. These benefits include, for example, discounts provided on certain banking services and service fees.

7. **TERMINATION.** The Services may be terminated by either party (i) upon thirty (30) days' written notice to the other party or (ii) immediately upon written notice for Cause (defined herein). As used herein, the term "Cause" means (i) gross negligence or willful misconduct of KCC that causes serious and material harm to Client, (ii) the failure of Client to pay KCC invoices for more than sixty (60) days from the date of invoice, or (iii) the accrual of invoices or unpaid services where KCC reasonably believes it will not be paid. Termination of Services shall not relieve Client of its obligations to pay all fees and expenses incurred prior to such termination. In the event that the Services are terminated, regardless of the reason for such termination, KCC shall reasonably coordinate with Client to maintain an orderly transfer of data, programs, storage media or other materials furnished by Client to KCC or received by KCC in connection with the Services. Client agrees to pay for such services in accordance with KCC's then existing prices for such services.

8. **LIMITATIONS OF LIABILITY AND INDEMNIFICATION.** Client shall indemnify and hold KCC, its affiliates, members, directors, officers, employees, consultants, subcontractors and agents (collectively, the "Indemnified Parties") harmless, to the fullest extent permitted by applicable law, from and against any and all losses, claims, damages, judgments, liabilities and expenses (including reasonable counsel fees and expenses) (collectively, "Losses") resulting from, arising out of or related to KCC's performance of Services. Such indemnification shall exclude Losses resulting from KCC's gross negligence or willful misconduct. Without limiting the generality of the foregoing, Losses include any liabilities resulting from claims by any third-parties against any Indemnified Party. Client shall notify KCC in writing promptly upon the assertion, threat or commencement of any claim, action, investigation or proceeding that Client becomes aware of with respect to the Services provided by KCC.

Except as provided herein, KCC's liability to Client or any person making a claim through or under Client for any Losses of any kind, even if KCC has been advised of the possibility of such Losses, whether direct or indirect and unless due to gross negligence or willful misconduct of KCC, shall be limited to the total amount billed or billable to Client for the portion of the particular work which gave rise to the alleged Loss. In no event shall KCC's liability to Client for any Losses, whether direct or indirect, arising out of the Services exceed the total amount billed to Client and actually paid to KCC for the Services. In no event shall KCC be liable for any indirect, special or consequential damages such as loss of anticipated profits or other economic loss in connection with or arising out of the Services. Client agrees that except as expressly set forth herein, KCC makes no representations or warranties, express or implied, including, but not limited to, any implied or express warranty of merchantability, fitness or adequacy for a particular purpose or use, quality, productiveness or capacity. The provisions of this Section 8 shall survive termination of Services.

9. **FORCE MAJEURE.** Whenever performance hereunder is materially prevented or impacted by reason of any act of God, strike, lock-out or other industrial or transportation disturbance, fire, lack of materials, law, regulation or ordinance, war or war condition, or by reason of any other matter beyond the performing party's reasonable control, then such performance shall be excused and shall be deemed suspended during the continuation of such prevention and for a reasonable time thereafter.

10. **INDEPENDENT CONTRACTORS.** KCC is and shall be an independent contractor of Client and no agency, partnership, joint venture or employment relationship shall arise, directly or indirectly, as a result of the Services or these Terms and Conditions.

11. **NOTICES.** All notices and requests hereunder shall be given or made upon the respective parties in writing and shall be deemed as given as of the third day following the day it is deposited in the U.S. Mail, postage pre-paid or on the day it is given if sent by facsimile or on the day after the day it is sent if sent by overnight courier to the appropriate address set forth in the Proposal or to such other address as the party to receive the notice or request so designates by written notice to the other.

12. **APPLICABLE LAW.** These Terms and Conditions will be governed by and construed in accordance with the laws of the State of California, without giving effect to any choice of law principles.

13. **ENTIRE AGREEMENT; MODIFICATIONS; SEVERABILITY; BINDING EFFECT.** These Terms and Conditions, together with the Proposal delivered pursuant hereto, constitutes the entire agreement and understanding of the parties in respect of the subject matter hereof and supersede all prior understandings, agreements or representations by or among the parties, written or oral, to the extent they relate in any way to the subject matter hereof. If any provision herein shall be held to be invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions shall in no way be affected or impaired thereby. These Terms and Conditions may be modified only by a written instrument duly executed by the parties. All of the terms, agreements, covenants, representations, warranties and conditions of these Terms and Conditions are binding upon, and inure to the benefit of and are enforceable by, the parties and their respective successors and permitted assigns.