1   PANISH SHEA & BOYLE LLP
    KEVIN BOYLE, State Bar No. 192718
2     boyle@psblaw.com
    RAHUL RAVIPUDI, State Bar No. 204519
3     ravipudi@psblaw.com
    11111 Santa Monica Boulevard, Suite 700
4   Los Angeles, California  90025
    Telephone: 310.477.1700
5   Facsimile: 310.477.1699

6   THE X-LAW GROUP, PC
    FILIPPO MARCHINO, State BarNo.
7   256011
      filippo.marchino@xlawx.com
8   Damon Rogers, State Bar No. 263853
      damon.rogers@xlawx.com
9   633 W. 5th St., 26th Floor, Suite 2629
    Los Angeles, CA  90071
10  Telephone:  213.223.2232
    Facsimile:  213.226.4691

11

12
    Attorneys for Plaintiff
13

14              **UNITED STATES DISTRICT COURT**

15      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

16

17  ANDRE BATUNGBACAL, an              | **NATIONWIDE CLASS ACTION**
    individual,
18                                       Case No. SA CV11-00018 CJC
           Plaintiff,                    (MLGx)
19
        v.                             **DECLARATION OF FILIPPO
20                                     MARCHINO FILED IN SUPPORT
    POWER BALANCE LLC, a Delaware      OF PLAINTIFF'S RENEWED
21  Limited Liability Company, TROY    MOTION FOR PRELIMINARY
    JOHN RODARMEL, an individual,      APPROVAL OF CLASS ACTION
22  JOSH RODARMEL, an individual,      SETTLEMENT**
    KEITH KATO, an individual, and
23  DOES 1 through 10, inclusive,

24         Defendants.

25

26  / / /

27  / / /

28  / / /

---

DECLARATION OF FILIPPO MARCHINO IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

## DECLARATION OF FILIPPO MARCHINO

I, Filippo Marchino, declare and say that:

I am an attorney at law licensed to practice before all of the courts of the State of California, the State of New York, the State of Nevada and the District of Columbia. I am an attorney, and founding partner, at the law firm 'The X-Law Group PC', attorneys of record for plaintiff, Andre Batungbacal. I have personal knowledge of the facts surrounding the present action and all facts herein stated.  If called as a witness, I could and would testify competently to all the following:

1.      In the present case I partnered with the firm of Panish, Shea & Boyle in light of the their impeccable ethical standards, exemplar case history and experience in handling large cases with multiple plaintiffs, and their tremendous success in handling product liability actions, like the instant matter.

2.      I have the requisite knowledge and ability to adequately contribute to the representation of all Class members.  I earned a Bachelor of Science and a Masters of Science in Aerospace Engineering from Embry-Riddle Aeronautical University.  I concentrated on innovative technologies, including nano-technology, non-destructive structural testing, stir-friction welding and neural networks as applied to flight dynamics.  Therefore, I am well versed in matters pertaining to Defendants' scientific claims as to their products, their products' qualities and the manufacturing process' associated with their products, all subject of the present matter.  Had the instant action proceeded through litigation, I would have been focused on expert issues.

3.       I also hold a Certificate in Dispute Resolution from the Straus Institute for Dispute Resolution, Pepperdine University School of Law, and maintain an extensive knowledge and familiarity with the benefits, procedures, customs and pit-falls of mediating complex matters, such as the present matter.

4.      In addition to this matter, I am involved in several other class action and complex lawsuits involving wage and hour claims, false representations, and fraud.

/ / /

2

1       5.     Prior to the filing of the lawsuit, Mr. Ravipudi and I informed Andre Batungbacal

2 of his obligations as putative class representative.  Accordingly, Mr. Batungbacal was well aware

3 of the need to not only select appropriate counsel but to also cooperate with counsel at all times

4 and to first and foremost safeguard the interests of the class as though he was safeguarding his

5 own.

6       6.     Based on notions of fairness and justice, I believe that the interest of the litigants

7 and the court will best be served by certifying this matter as a class action, as all those

8 requirements necessary for certification are amply satisfied.  With the circumstances surrounding

9 the facts giving rise to the present case, there is absolutely no other viable conduit for justice to the

10 class members.

11       7.     All current plaintiff's law firms are diligently cooperating in the safeguard of the

12 interests of both the proposed class and plaintiff.  We are familiar with the law as it applies to the

13 legal and factual issues relevant to this matter.

14

15      I declare under penalty of perjury under the laws of the State of California that the

16 foregoing is true and correct.

17

18      Executed this 21st day of September, 2011, at Los Angeles, California.

19

20                 _/s/_Filippo Marchino_____
                     FILIPPO MARCHINO

21                     Declarant

22

23

24

25

26

27

28

3