1  PANISH SHEA & BOYLE LLP
   KEVIN BOYLE, State Bar No. 192718
2    *boyle@psblaw.com*
   RAHUL RAVIPUDI, State Bar No. 204519
3    *ravipudi@psblaw.com*
   11111 Santa Monica Boulevard, Suite 700
4  Los Angeles, California  90025
   Telephone: 310.477.1700
5  Facsimile: 310.477.1699

6  THE X-LAW GROUP, PC
   FILIPPO MARCHINO, State BarNo. 256011
7    *filippo.marchino@xlawx.com*
8  Damon Rogers, State Bar No. 263853
     *damon.rogers@xlawx.com*
9  633 W. 5th St., 26th Floor, Suite 2629
   Los Angeles, CA  90071
10 Telephone:  213.223.2232
   Facsimile:  213.226.4691

11

12 Attorneys for Plaintiff

13

14            **UNITED STATES DISTRICT COURT**

15    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

16

| | |
|---|---|
| 17  ANDRE BATUNGBACAL, an individual, | **NATIONWIDE CLASS ACTION** |
| 18              Plaintiff, | Case No. SA CV11-00018 CJC (MLGx) |
| 19          v. | **DECLARATION OF RAHUL RAVIPUDI FILED IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| 20  POWER BALANCE LLC, a Delaware Limited Liability Company, TROY JOHN RODARMEL, an individual, JOSH RODARMEL, an individual, KEITH KATO, an individual, and DOES 1 through 10, inclusive, | |
| 24              Defendants. | |

25

26 / / /

27 / / /

28 / / /

# <u>DECLARATION OF RAHUL RAVIPUDI</u>

I, Rahul Ravipudi, declare and say that:

I am an attorney at law licensed to practice before all of the courts of the State of California, and am an attorney at the law firm of Panish Shea & Boyle, attorneys of record for plaintiff, Andre Batungbacal.  As such, I have personal knowledge of the facts surrounding the present action and all facts herein stated.  If called as a witness, I could testify competently to the following:

1.    Plaintiff's counsel has the requisite resources to adequately represent all Class members.  A partial list of the complex and class action cases Plaintiff's counsel has prosecuted include the following:

a.    *Natural Gas Anti-Trust Cases I, II, III & IV* (Pipeline Cases), coordinated in San Diego County, J.C.C.P. Nos. 4221, 4224, 4226 and 4228.  These cases involve California class actions brought as a result of restraints put on California's electrical and gas market.  Declarant and his firm were designated lead class counsel in this matter.   A settlement was reached early on with the El Paso Defendants in the amount of $1.7 billion and has been distributed to the Class members.  Plaintiffs' counsel subsequently reached a settlement with the Sempra Defendants for approximately $1.7 billion.

b.    *Team Design v. Reliant Energy, Inc., et. al.* (Price Indexing Cases), MDL 1566, CV-S-03-1432-PMP, C.A. No. 2:03-3644.  California antitrust class action against Reliant Energy and its subsidiaries and others based on the allegation that Defendants illegally manipulated the California energy markets.  Declarant and his firm were designated lead class counsel in this matter.   The case settled with a majority of the Defendants for over $100 million.

c.    *Valentine v. Nebuad*; US District Court, Northern District, Case No.  3:08-cv-05113 (TEH) (EMC).  This case involved a nationwide class action alleging that Nebuad, in violation of the Electronic Consumer Privacy Act, intercepted or endeavored to assist Internet Service Providers to intercept, all of the communications of approximately one million people for the stated basis of conducting targeted advertising.  On September 12, 2011, Judge Henderson

2

1   granted Plaintiff's Motion for Preliminary Approval and certified a nationwide settlement class

2   which, among other things, provides all of Nebuad's available assets to the settlement class.

3           d.      *The Rhulen Company, Inc. v. Canon U.S.A. Inc.*, Los Angeles County

4   Superior Court Case Number BC 172473.  This case involved an initial class action brought as a

5   result of consumers receiving a defective product.  This case was settled for a confidential sum.

6           e.      *Acosta v. Betz Laboratories, Inc., et al.*, Los Angeles County Superior

7   Court, case number BC161669.  While at Engstrom, Lipscomb & Lack, Declarant assisted in the

8   representation of over 1,000 plaintiffs claiming personal injuries from exposure to Chromium VI.

9   This case was settled for a confidential sum. Acosta was the sequel to Adams v. Pacific Gas and

10  Electric, Los Angeles County Superior Court, case number BC 113000 which, after trying

11  approximately 30 of the cases, the defendant settled all of the cases for $333 million in 1996.

12          f.      *In re Vioxx*, MDL Docket Number 1657, represented a number of individual

13  plaintiffs claiming personal injuries or death as a result of the consumption of Vioxx and was a

14  leader in the Plaintiffs' Steering Committee which ultimately procured a pending settlement on

15  behalf of all claimants of over $4 billion.  Members of Panish Shea & Boyle also participated as

16  lead counsel in the only Vioxx trial in California in which a jury made a finding of liability against

17  Merck.

18          g.      *In re Diet Drug Cases* (Fen-Phen), Los Angeles Superior Court JCCP 4032,

19  represented a number of individual plaintiffs claiming personal injuries or death as a result of the

20  consumption of Fen-Phen and members of Panish Shea & Boyle participated in the Plaintiff

21  Executive Committee.

22          h.      *In re Welding Rod Products Liability Litigation*, MDL Docket Number

23  1535.  Represent a large number of persons claiming personal injuries resulting from exposure to

24  welding rod fumes alleged to cause Parkinson Syndrome like symptoms.

25          i.      *The Glendale Metrolink Derailment Cases*,  Los Angeles County Superior

26  Court, case number BC332426, pending action in which Panish Shea & Boyle represents a large

27  number of persons claiming personal injuries resulting from the derailment of the Metrolink in

28  Glendale, California on January 26, 2005.  Members of Panish Shea & Boyle participate on the

**DECLARATION OF RAHUL RAVIPUDI IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1    Plaintiffs Steering Committee and were designated as Co-Lead Trail Counsel.

2            j.      *In re Crown Princess Listing Incident Cases*, Los Angeles County Superior

3    Court, case number BC356095, pending action in which Panish Shea & Boyle represented a

4    number of persons injured in the listing of the Crown Princess Cruise Ship in July 18, 2006.

5    Members of Panish Shea & Boyle participate on the Plaintiffs Steering Committee.

6            k.      *In re Toyota Motor Corp. Unintended Acceleration Cases,* United States

7    District Court Central District of California Southern Division, case number 8:10ML2151 JVS

8    (FMOx), pending action in which Panish Shea & Boyle are Co-Lead Liaison Counsel for Personal

9    Injury/Wrongful Death Cases arising out of the numerous persons injured by the unintended

10   acceleration of various vehicles manufactured by Toyota Motor Corporation.  Members of Panish

11   Shea & Boyle participate on the Plaintiffs Steering Committee.

12           l.      *Johnson v. CSAA* cases, Superior Court of California, County of

13   Sacramento, case number, 07AS03197, pending action in which Panish Shea & Boyle served as

14   co-counsel alongside Dreyer Babich Buccola & Wood and Kershaw and Cutter & Ratinoff in

15   representing a class of policyholders against CSAA Inter-Insurance Bureau.  The Class action

16   arose from the failure of CSAA to waive deductibles for its insureds who have been involved in

17   accidents with uninsured motorists.

18           m.      *Singapore Airlines 006* cases, Central District of California, MDL 1394,

19   pending action in which members of Panish Shea & Boyle served the Plaintiff's Executive

20   Committee and Plaintiff's Steering Committee in the federal mass tort litigation concerning the air

21   crash of Singapore Airlines Flight 006.  Brian Panish and Kevin Boyle tried the only cases for any

22   passengers to go to trial (one ending in a confidential settlement before verdict, and the other

23   ending in a $15 million wrongful death verdict).

24           n.      *Alaska Airlines 261* cases, Northern District of California, MDL 1394,

25   members of Panish Shea & Boyle served the Plaintiff's Executive Committee and Plaintiff's

26   Steering Committee in the federal mass tort litigation concerning the air crash of Alaska Airlines

27   Flight 261.

28           o.      *Chatsworth Metrolink Collision* cases, Los Angeles Superior Court, Lead

4

Case No. PC043703, pending action in which members of Panish Shea & Boyle serve the Plaintiff's Steering Committee in the coordinated state court litigation concerning the largest train crash in U.S. history that killed 25 people and injured over 100 others.

2.      In light of the above exemplar cases, it is clear that we have had extensive experience in handling large cases with multiple plaintiffs.

3.      In addition, members of Panish, Shea & Boyle have had tremendous success and specialize in handling complex cases, like the instant matter.  Three of the more notable results include *Anderson v. General Motors* ($4,907,632,000.00 verdict), *Lampe v. Continental Tires* ($58 million verdict) and Beltran v. Boeing ($13,580,000.00 settlement).  The *Anderson* verdict was obtained by Brian Panish and is recognized as the largest product liability verdict in American history ever obtained on a single vehicle incident.   The *Lampe* verdict was obtained by Brian Panish and Adam Shea and was recognized as the largest verdict in American history awarded in a single vehicle tire defect case.  In *Beltran v. Boeing*, Kevin Boyle obtained the largest known settlement, $13,580,000.00 for military personnel injured during the war in Iraq due to defective components in an Apache helicopter which permanently paralyzed an officer.  These public verdicts and settlements merely highlight the scores of confidential seven and eight figure settlements in product liability actions against companies like Ford Motor Company, General Motors, Chrysler, Nissan, Continental Tire Company, Cooper Tires, Michelin, and others.

4.      Moreover, the firm has the requisite resources to adequately represent all of the proposed plaintiffs.

5.      Class representative Andre Batungbacal, is aware of his obligation as class representative.  He is aware of their need to select adequate and skilled counsel, to cooperate with counsel and to place the interests of the class on a level equal with her own interests.

6.      It is my opinion, based upon being involved with class action and complex litigation, that the interest of the litigants and the court will best be served by certifying this matter as a class action.  I believe all of the requirements for certification are met.  I know of no other method for the resolution of the claims raised by the plaintiff herein that would be a superior method to the class action procedure.

5

7.     Each of the plaintiff's law firms involved in this matter continue to work diligently together to protect the interests of the plaintiffs and of the proposed class.  We are familiar with the law as it applies to the legal and factual issues relevant to this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21st day of September, 2011, at Los Angeles, California.

_/s/ Rahul Ravipudi_____
RAHUL RAVIPUDI
Declarant

DECLARATION OF RAHUL RAVIPUDI IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT