PANISH SHEA & BOYLE LLP
KEVIN BOYLE, State Bar No. 192718
  *boyle@psblaw.com*
RAHUL RAVIPUDI, State Bar No. 204519
  *ravipudi@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

THE X-LAW GROUP, PC
FILIPPO MARCHINO, State BarNo. 256011
  *filippo.marchino@xlawx.com*
Damon Rogers, State Bar No. 263853
  *damon.rogers@xlawx.com*
633 W. 5th St., 26th Floor, Suite 2629
Los Angeles, CA 90071
Telephone: 213.223.2232
Facsimile: 213.226.4691

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANDRE BATUNGBACAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>POWER BALANCE LLC, a Delaware Limited Liability Company, TROY JOHN RODARMEL, an individual, JOSH RODARMEL, an individual, KEITH KATO, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | **NATIONWIDE CLASS ACTION**<br><br>Case No. SA CV11-00018 CJC (MLGx)<br><br>**DECLARATION OF JOHN K. TROTTER FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

///
///

DECLARATION OF HONORABLE JOHN K. TROTTER (RET.) IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

# DECLARATION OF JOHN K. TROTTER

I, JOHN K. TROTTER, do hereby state and declare as follows:

1. I was the Presiding Justice of the California Court of Appeal, Fourth District, Division Three, from 1982-1987. I have been a mediator with JAMS in Orange County since my retirement from the California Court of Appeal in 1987. I have successfully resolved hundreds of cases in various areas of law, including insurance coverage and class actions. I have served as a special master in numerous complex cases in both federal and state court. I authored over 500 opinions while on the court of appeal. I have personal knowledge of the matters contained herein and if called upon could and would competently testify as follows:

2. In February of 2011, I was retained by the parties to serve as a mediator in the case commonly known as *Batungbacal v. Power Balance, LLC*, Case No. SA CV11-00018 CJC (MLGx). On February 4, 2011 I participated in a formal mediation with the parties where both sides vigorously advocated their positions and lengthy settlement negotiations transpired. At the conclusion of the mediation the Parties reached agreement on the terms of a proposed settlement of the class action, the terms of which are as follows:

   a. Provide a full refund (100%) of the entire purchase price of any Power Balance Accessory products purchased plus $5.00 for reimbursement of any shipping and handling costs related to making a claim;

   b. Establish a immediate initial seeding of an evergreen fund in the amount of five hundred thousand dollars ($500,000.00) to provide for refunds to Class members which will continuously be replenished so as to never go below $250,000.00 until all claims are paid. Upon payment of all claims made, the remainder will be placed in a *cy pres*;

   c. Power Balance will agree to the permanent Injunction and change its advertising accordingly;

    d. Power Balance will pay Class Counsel's attorneys fees and costs subject to Court approval and will not oppose or object to Class Counsel's application for attorneys' fees and costs, so long as Class Counsel requests *less* than one million dollars ($1,000,000.00) in attorneys fees and costs;

    e. The Representative Plaintiff may apply to the Court for an enhancement payment in the amount of no more than five hundred dollars ($500.00) to compensate him for his time and expenses incurred as a result of his participation in this action;

  3. Throughout the mediation process, all negotiations which I oversaw were arms length. The negotiations were contentious at times and were always professional, with class counsel representing the class's interests at all times. class counsel refused to discuss attorneys fees until all relief for the class was agreed to between the parties. This included negotiations regarding the claim form itself, which Class counsel insisted be very simple and straightforward as well as the forms of notice which Class counsel insisted be as broad as possible to alert as may potential class members as possible.

  4. As discussed above Power Balance agreed that it would not oppose or object to Class Counsel's application for attorneys' fees and costs, so long as Class Counsel requests *less* than one million dollars ($1,000,000.00) in attorneys fees and costs.

  5. Throughout this entire process, Class counsel always conducted themselves with the highest level of integrity, skill and professionalism.

  6. The settlement negotiated by class counsel, allows for class members to recover the full retail value of purchase price as opposed to the amount that could be recovered as restitution through final judgment. Thus, the settlement would be considered more than fair and reasonable.

///

///

3

DECLARATION OF HONORABLE JOHN K. TROTTER (RET.) IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

7. I can also confirm that Class Counsel negotiated all benefits for the class and agreed upon a settlement for the benefit of the class before the parties even discussed and appropriate award of attorneys' fees. The parties were careful to negotiate arms length in this manner and I made certain that settlement discussion focused on benefits to the class before any discussions regarding attorneys' fees took place.

8. Accordingly, I strongly recommend that the Court give its approval to all terms of the settlement on the terms set forth in the Settlement Agreement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of March, 2011, at Orange County, California.

_____
Hon. John K. Trotter (Ret.)
Declarant

---
4
DECLARATION OF HONORABLE JOHN K. TROTTER (RET.) IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March 2011, I electronically filed the foregoing **DECLARATION OF JOHN K. TROTTER FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of said filing to the following counsel of record registered:

Michael Avenatti
Eagan Avenatti, LLP
450 Newport Center Drive
Second Floor
Long Beach, CA 92660
*Attorneys for Defendants*

DATED: March 25, 2011

By: _____
Esparanza Jones