PANISH SHEA & BOYLE LLP
KEVIN BOYLE, State Bar No. 192718
 boyle@psblaw.com
RAHUL RAVIPUDI, State Bar No. 204519
 ravipudi@psblaw.com
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

THE X-LAW GROUP, PC
FILIPPO MARCHINO, State BarNo. 256011
 filippo.marchino@xlawx.com
Damon Rogers, State Bar No. 263853
 damon.rogers@xlawx.com
633 W. 5th St., 26th Floor, Suite 2629
Los Angeles, CA 90071
Telephone: 213.223.2232
Facsimile: 213.226.4691

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANDRE BATUNGBACAL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> POWER BALANCE LLC, a Delaware Limited Liability Company, TROY JOHN RODARMEL, an individual, JOSH RODARMEL, an individual, KEITH KATO, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | <u>**NATIONWIDE CLASS ACTION**</u> <br><br> Case No. SA CV11-00018 CJC (MLGx) <br><br> **DECLARATION OF ANDRE BATUNGBACAL FILED IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

///

///

///

## DECLARATION OF ANDRE BATUNGBACAL

I, ANDRE BATUNGBACAL, declare and say that:

1. I am the named putative Class Representative in the above referenced proposed nationwide class action. As such, I have personal knowledge of the facts surrounding the present action and all facts herein stated. If called as a witness, I could testify competently to the following:

2. I reside in Los Angeles County, California, and during the proposed class period, on March 19, 2010, I purchased one clear, size small, Power Balance bracelet from a Finish Line store located at the Santa Anita Mall in Los Angeles County, California for $30.00. I purchased the bracelet based upon the representations by Power Balance that it would increase my strength, balance and flexibility. I later learned that the representations were not true.

3. I asked attorneys Kevin Boyle and Rahul Ravipudi and their firm Panish, Shea, and Boyle and Filippo Marchino of the X–Law Group to represent me against Power Balance, LLC and its owners and officers in bringing a class action Plaintiff on behalf of other purchasers of Power Balance Accessory products.

4. I have been kept apprised of the status of this case and have reviewed all documents that have been provided to me. My lawyers have answered all of my questions whenever the questions arose. I am aware that this case has had risks and that there were many hurdles to be overcome before knowing whether we would prevail against Power Balance. I appreciate the hard work my lawyers have put into the case and also the risk.

5. I am aware and have reviewed the proposed nationwide class action settlement agreement reached with Power Balance, LLC. I support and agree with the settlement. I believe the settlement is fair, adequate and reasonable.

/ / /
/ / /

6. I understand the difficulties in litigating this case to a final judgment and that under the instant settlement class members and I will recover more than if this case were to proceed to final judgment.

7. I have reviewed and acknowledged my duties as a class representative in the instant case and I have carried out my duties as explained to me when I agreed to be a class representative.

8. I kept the interest of all members of the class first and before my own personal interest.

9. I have always considered the interests of the class as the same as my own interests.

10. I kept current with the case and believe my claims were typical to those of the class, and involved common issues of both law and/or fact. I continue to believe that my claims against Power Balance, LLC. were typical of the class claims against them, because each of the class members were similar purchasers of Power Balance Accessory Products.

11. I actively participated in this lawsuit by keeping generally aware of the status and progress of this case. I read everything my lawyers presented to me and discussed many issues with them over the time this case has been pending. I have reviewed the settlement terms and asked questions and thought about what would be best for the class.

12. I recognized and accepted that any resolution of my claims against Power Balance, LLC., by settlement or dismissal, would be subject to Court Order and/or Court approval, and must be in the best interests of the class as a whole. I have considered all factors in reaching the conclusions that the settlement offered was in the best interest of the class.

13. I also understood that my lawyers worked without compensation and their compensation and reimbursement of costs incurred would be paid by Power Balance separate and apart from the recovery for the class.

14. I was never promised I would be paid anything and did not carry out my duties in exchange for an anticipated payout at the end. I clearly understand that as a class representative I was not entitled to directly or indirectly participate in any legal fees in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 22 day of September, 2011, at Los Angeles, California.

_____
Andre Batungbacal
Declarant

4
DECLARATION OF ANDRE BATUNGBACAL IN SUPPORT OF PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT