## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September 2011, I electronically filed the documents listed below with the Clerk of the Court using the CM/ECF System, which will automatically send email notification of said filing to the registered counsel of record.

1. Renewed Notice of Motion and Motion for Preliminary Approval of Class Action Settlement

2. Memorandum of Points and Authorities In Support Of Renewed Motion For Preliminary Approval of Class Action Settlement; Exhibit 1

3. Declaration of Dr. Andrew Safir

4. Declaration of Filippo Marchino

5. Declaration of Rahul Ravipudi

6. Declaration of Daniel Rosenthal

7. Declaration of John K. Trotter

8. Declaration of Plaintiff Andre Batungbacal

Dated: September 22, 2011

By: /s/ Monica Davis