LEXINGTON LAW GROUP
Mark N. Todzo (State Bar No. 168389)
Howard Hirsch (State Bar No. 213209)
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com

SCOTT+SCOTT LLP
Christopher M. Burke (State Bar No. 214799)
707 Broadway, 10th Floor
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
cburke@scott-scott.com

*Attorneys for Intervenor C.F.C., a Minor, By and Through Christine F., His Parent and Guardian*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE BATUNGBACAL, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>POWER BALANCE LLC, a Delaware Limited Liability Company, TROY JOHN RODARMEL, an Individual, JOSH RODARMEL, an Individual, KEITH KATO, an Individual, and DOES 1 Through 10, Inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. 11-CV-00018-CJC (MLGx)<br><br>**INTERVENOR C.F.C.'S RENEWED OPPOSITION TO PLAINTIFF BATUNGBACAL'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**C.F.C.'s Renewed Opposition to Plaintiff's Motion for Preliminary Approval of Class Action Settlement**   Case No. 11-cv-00018-CJC (MLGx)

1    Intervenor C.F.C., a minor, by and through Christine F., his mother and
2 guardian ("Intervenor" or "C.F.C."), on his own behalf and on behalf of all others
3 similarly situated, hereby renews his opposition to Plaintiff Andre Batungbacal's
4 ("Plaintiff") Motion for Preliminary Approval of Class Action Settlement
5 ("Motion").  Plaintiff initially sought preliminary approval of his proposed
6 settlement by motion filed on March 25, 2011.  [ECF No. 8].  C.F.C. filed an
7 opposition to that motion on April 19, 2011.  [ECF No. 34].  The Court granted
8 Plaintiff's motion on April 27, 2011 [ECF No. 36], but vacated its order
9 preliminarily approving the settlement on June 20, 2011 [ECF No. 62].  Plaintiff
10 now moves the Court for preliminary approval of the same settlement previously
11 approved and vacated.  [ECF No. 69].
12    Given that the current proposed settlement is identical to the original
13 proposed settlement, C.F.C. has the same objections to the current proposed
14 settlement as previously set forth in opposition to the original settlement.
15 Accordingly, C.F.C. hereby incorporates by reference the arguments raised in his
16 opposition to the original settlement [ECF No. 34], as well as the evidence
17 submitted in support of that opposition [ECF Nos. 34-1 and 34-2].
18
19 Dated:  November 11, 2011          LEXINGTON LAW GROUP
20
21
22           /s/ Mark N. Todzo_____
           Mark N. Todzo (State Bar No. 168389)
23           503 Divisadero Street
           San Francisco, CA 94117
24           Telephone:  (415) 913-7800
           Facsimile:  (415) 759-4112
25           mtodzo@lexlawgroup.com
26
27
28 C.F.C.'s Renewed Opposition to        1        Case No. 11-cv-00018-CJC (MLGx)
   Plaintiff's Motion for Preliminary
   Approval of Class Action Settlement

| | |
|---|---|
| 1 | Christopher M. Burke (State Bar No.214799) |
| 2 | SCOTT+SCOTT LLP |
| 3 | 707 Broadway, 10th Floor |
|   | San Diego, CA 92101 |
| 4 | Telephone:  (619) 233-4565 |
| 5 | Facsimile:  (619) 233-0508 |
|   | cburke@scott-scott.com |

*Attorneys for Intervenor C.F.C., a minor, by and through Christine F., his parent and guardian*

**CERTIFICATE OF SERVICE**

On November 11, 2011, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Central District of California, using the electronic case filing ("ECF") system of the Court. All parties who have consented to electronic service will receive notice of this filing by operation of the ECF system. Any parties who have not consented to electronic service will receive a paper copy of this electronically filed document through the United States Postal Service.

/s/ Mark N. Todzo
Mark N. Todzo
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
Email: mtodzo@lexlawgroup.com